# EXHIBIT 3

Status:                                    District Court, Denver County
Case #: 2021 CV 000143        Div/Room: 209     Type:  Other
              COX, PHILLIP KYLE vs. UNITED PARCEL SERV

                                                    DV STATUS:
Case File Date:  3/17/2021   Case Close Date:            Appealed: N
                             Confidential Intermediary.............:

                        Bar #    Name
       Judicial Off...: 035687   ALEX C MYERS
       Alt Jud Officer: 000000
                        Description               Stat Date       Time    Appea
       Trial..........:                                            0:00
       Next Schd Event: Review                         5/21/2021   7:00 A
       Last Schd Event: Review               IRVH  4/02/2021   7:00 A
       Last Event.....: Order                 n/a   4/02/2021

       Attorney(s)....: N

       Judgements............:N
       Motions Filed.........:N

       Amount Prayed for.....:           .00

       Jury Fee Paid.........:N

                        ----- PARTIES -----
PARTY  ROL STS     NAME                      ATTORNEY              ROL
DEF  1             UNITED PARCEL SERV
PTF  1             COX, PHILLIP KYLE
             Home Phone..............: (303) 946-7871
             Mailing Address.........: 17836 E CAROLINA PLACE
                                      : AURORA, CO  80011
FILE DATE   EVENT DESCRIPTION
 3/17/2021  Motn-Proceed In Forma Pauperis   Event ID: 000001   E-Filed: J
            PTF/   COX, PHILLIP KYLE
Fee Wavier Application (Suppressed)
            Related Event  ORDR Order                         3/18/2021
 3/17/2021  Filing Other                     Event ID: 000002   E-Filed: J
            PTF/   COX, PHILLIP KYLE
Notice of Lawsuit Filing and Court Proceedings
 3/17/2021  Civil Case Cover Sheet           Event ID: 000003   E-Filed: J
            PTF/   COX, PHILLIP KYLE
District Court Civil Case Cover Sheet
 3/17/2021  Summons                          Event ID: 000004   E-Filed: J
District Court Civil Summons (Issued)
FILE DATE   SCHEDULED EVENT DESCRIPTION   SCHD DATE   TIME    ROOM  APPEAR
 3/17/2021  Review                        5/21/2021  07:00 AM  209
      Officer: ALEX C MYERS                        Length:  1.00 Hour(s)
 3/18/2021  Order                            Event ID: 000005   E-Filed: J
JUDGE MICHAEL A MARTINEZ: FEE WAIVER APPLICATION TO WAIVE FILING FEE TO FILE
COMPLAINT IS GRANTED.
            Related Event  MIFP Motn-Proceed In Forma Pauperis  3/17/2021
 4/02/2021  Order                            Event ID: 000006   E-Filed: J

| FILE DATE | SCHEDULED EVENT DESCRIPTION | SCHD DATE | TIME | ROOM | APPEAR |
|-----------|----------------------------|-----------|------|------|--------|
| DELAY REDUCTION ORDER | | | | | |
| 4/02/2021 | Review | 4/02/2021 | 07:00 AM | 209 | N |

      Officer: ALEX C MYERS          Length:  1.00 Hour(s)
      Status.: IRVH-Internal Review Held      Note..:  COMPL FILED?

           End of Case: 2021 CV 000143